Argued and submitted September 6, 1996; reassigned February 3; resubmitted June 25, decision of Court of Appeals reversed, judgment of circuit court affirmed July 2, 1998

STATE OF OREGON,
*Petitioner on Review,*

*v.*

RAFAEL ROMAN COOK,
*Respondent on Review.*

(CC 9305-33261; CA A83131; SC S42784)

958 P2d 841

Robert M. Atkinson, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the briefs were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General.

Sally L. Avera, Public Defender, Salem, argued the cause and filed the brief for respondent on review.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, and Leeson, Justices.**

MEMORANDUM OPINION

The decision of the Court of Appeals is reversed. The judgment of the circuit court is affirmed. *See State v. Boone*, 327 Or 307, 959 P2d 76 (1998).

---

** Fadeley, J., retired January 31, 1998, and did not participate in this decision; Graber, J., resigned March 31, 1998, and did not participate in this decision; Kulongoski, J., did not participate in the consideration or decision of this case.